IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Loretta DeLeon-Mares, and Marc Mares | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Cause No    3:22 cv-262 |
| Southern Illinois Riverboat/Casino Cruises, LLC d/b/a Harrah's Metropolis Casino, | ) ) ) ) ) | |
| Serve: Registered Agent Illinois Corp. Service Company 801 Adlai Stevenson Drive Springfield, IL 62703 | ) ) ) ) ) ) ) ) | Jury Trial Demanded |
| Harrah's Metropolis, LLC | ) ) ) | |
| Serve: Registered Agent Illinois Corp. Service Company 801 Adlai Stevenson Drive Springfield, IL 62703 | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## COMPLAINT FOR DAMAGES

### COUNT I---Negligence Against Southern Illinois Riverboat /Casino Cruises for Loretta DeLeon-Mares

COMES NOW, Plaintiff Loretta DeLeon-Mares, (hereinafter referred to as "DeLeon-Mares" or "Plaintiff(s)"), by and through her attorney of record Michael A. Lawder and for Count

I of her Complaint for Damages for personal injury against Southern Illinois Riverboat/Casino Cruises, LLC d/b/a Harrah's Metropolis Casino, (hereinafter referred to as "Southern" or "Defendant(s)") states the following:

1. Plaintiffs Loretta DeLeon-Mares, and Marc Mares are husband and wife and are citizens of the State of Missouri residing at all relevant times in St. Charles County, MO.

2. Southern is an Illinois Limited Liability Company doing business as Harrah's Metropolis Casino in the City of Metropolis, Massac County, Illinois and its principal place of business is also located in the State of Illinois. Southern operated the casino located in Metropolis, Illinois that is involved in this lawsuit.

3. Harrah's is an Illinois Limited Liability Company doing business in the City of Metropolis, Massac County, Illinois and its principal place of business is located in the State of Illinois. Harrah's owned the building that contained the Harrah's Metropolis Casino referred to herein.

4. Jurisdiction in this case before this court is proper as the Plaintiffs and the Defendants are citizens of different states pursuant to *28 U.S.C.A. Sec. 1332 (a)(2)* and the amount in Controversy is over $75,000 as prayed for below.

5. On May 16, 2021, Plaintiffs Loretta DeLeon-Mares and Marc Mares entered Harrah's Metropolis Casino to recreationally gamble and were thus legal invitees. Plaintiffs further were walking in an area of the casino where individuals are invited and had a legal right to be in said place.

6. At said place, as owner and operators of the Casino property, Defendants owed a duty of due and reasonable care to the Plaintiffs, and other persons in their stead.

7. A defective condition on the floor that existed in said property, which caused Loretta DeLeon-Mares to fall and injure herself on said date.

8. Defendants were careless and negligent in that they, by their agents, servants and employees knew, or should have known in the exercising of ordinary care, that the defective condition on the floor existed for a sufficient amount of time, and took no action, which would be unreasonable under the circumstances then and there existing, and Defendant should have removed, barricaded condition, and/or warned Plaintiff regarding condition, and was therefore in the following respects negligent:

(a) Defendant carelessly and negligently allowed the aforementioned dangerous condition on the floor to exist on the property;

(b) Defendant carelessly and negligently failed to warn persons in the general area regarding said defective condition, on the floor;

9. As indicated, Loretta DeLeon-Mares suffered, injuries and damages as a result of said negligence as described below. She suffered a broken ankle and further injuries including but not limited to spasms, strains, contusions, compressions of his nerves, back, neck, knee, legs, arms and head, and other related injuries.

10. Her injuries included medical treatment and will do so in the future. She has lost wages and will continue to do so in the future. In addition, she has been caused pain and suffering and continues to and will in the future have said pain and suffering. Further, she has disability and disfigurement as a result of this accident, as various parts of her body have in fact been injured. Further, her said injuries are painful and permanent.

WHEREFORE, Plaintiff Loretta DeLeon-Mares prays for a judgment against Defendant Southern Illinois Riverboat/Casino Cruises, LLC in an amount over $75,000, together with her costs herein expended.

**COUNT II---Negligence Against Harrah's Metropolis, LLC for Loretta DeLeon-Mares**

COMES NOW, Plaintiff Loretta DeLeon-Mares, (hereinafter referred to as "DeLeon-Mares" or "Plaintiff(s)"), by and through her attorney of record Michael A. Lawder and for Count II of her Complaint for Damages for personal injury against Harrah's Metropolis, LLC (hereinafter referred to as "Harrah's" or "Defendant(s)") states the following:

1. Plaintiffs Loretta DeLeon-Mares, and Marc Mares are husband and wife and are citizens of the State of Missouri residing at all relevant times in St. Charles County, MO.

2. Southern is an Illinois Limited Liability Company doing business as Harrah's Metropolis Casino in the City of Metropolis, Massac County, Illinois and its principal place of business is also located in the State of Illinois. Southern operated the casino located in Metropolis, Illinois that is involved in this lawsuit.

3. Harrahs is an Illinois Limited Liability Company doing business in the City of Metropolis, Massac County, Illinois and its principal place of business is located in the State of Illinois. Harrah's owned the building that contained the Harrah's Metropolis Casino referred to herein.

4. Jurisdiction in this case before this court is proper as the Plaintiffs and the Defendants are citizens of different states pursuant to *28 U.S.C.A. Sec. 1332 (a)(2)* and the amount in Controversy is over $75,000 as prayed for below.

5. On May 16, 2021, Plaintiffs Loretta DeLeon-Mares and Marc Mares entered Harrah's Metropolis Casino to recreationally gamble and were thus legal invitees. Plaintiffs

further were walking in an area of the casino where individuals are invited and had a legal right to be in said place.

6. At said place, as owner and operators of the Casino property, Defendants owed a duty of due and reasonable care to the Plaintiffs, and other persons in their stead.

7. A defective condition on the floor that existed in said property, which caused Loretta DeLeon-Mares to fall and injure herself on said date.

8. Defendants were careless and negligent in that they, by their agents, servants and employees knew, or should have known in the exercising of ordinary care, that the defective condition on the floor existed for a sufficient amount of time, and took no action, which would be unreasonable under the circumstances then and there existing, and Defendant should have removed, barricaded condition, and/or warned Plaintiff regarding condition, and was therefore in the following respects negligent:

(a) Defendant carelessly and negligently allowed the aforementioned dangerous condition on the floor to exist on the property;

(b) Defendant carelessly and negligently failed to warn persons in the general area regarding said defective condition, on the floor;

9. As indicated, Loretta DeLeon-Mares suffered injuries and damages as a result of said negligence as described below. She suffered a broken ankle and further injuries including but not limited to spasms, strains, contusions, compressions of his nerves, back, neck, knee, legs, arms and head, and other related injuries.

10. Her injuries included medical treatment and will do so in the future. She has lost wages and will continue to do so in the future. In addition, she has been caused pain and suffering and continues to and will in the future have said pain and suffering. Further, she has disability and

disfigurement as a result of this accident, as various parts of her body have in fact been injured. Further, her said injuries are painful and permanent.

WHEREFORE, Plaintiff Loretta DeLeon-Mares prays for a judgment against Harrah's Metropolis, LLC in an amount over $75,000, together with her costs herein expended.

### COUNT III---Negligence Against Southern Illinois Riverboat /Casino Cruises for loss of consortium for Marc Mares

COMES NOW, Plaintiff Marc Mares, (hereinafter referred to as "Mares" or "Plaintiff"), by and through his attorney of record Michael A. Lawder and for Count III of his Complaint for Damages for personal injury and loss of consortium against Southern Illinois Riverboat/Casino Cruises, LLC d/b/a Harrah's Metropolis Casino, (hereinafter referred to as "Southern" or "Defendant(s)") states the following:

1. Plaintiffs Loretta DeLeon-Mares, and Marc Mares are husband and wife and are citizens of the State of Missouri residing at all relevant times in St. Charles County, MO.

2. Southern is an Illinois Limited Liability Company doing business as Harrah's Metropolis Casino in the City of Metropolis, Massac County, Illinois and its principal place of business is also located in the State of Illinois. Southern operated the casino located in Metropolis, Illinois that is involved in this lawsuit.

3. Harrah's is an Illinois Limited Liability Company doing business in the City of Metropolis, Massac County, Illinois and its principal place of business is located in the State of Illinois. Harrah's owned the building that contained the Harrah's Metropolis Casino referred to herein.

4. Jurisdiction in this case before this court is proper as the Plaintiffs and the Defendants are citizens of different states pursuant to *28 U.S.C.A. Sec. 1332 (a)(2)* and the amount in Controversy is over $75,000 as prayed for below.

5. On May 16, 2021, Plaintiffs Loretta DeLeon-Mares and Marc Mares entered Harrah's Metropolis Casino to recreationally gamble and were thus legal invitees. Plaintiffs further were walking in an area of the casino where individuals are invited and had a legal right to be in said place.

6. At said place, as owner and operators of the Casino property, Defendants owed a duty of due and reasonable care to the Plaintiffs, and other persons in their stead.

7. A defective condition on the floor that existed in said property, which caused Loretta DeLeon-Mares to fall and injure herself on said date.

8. Defendants were careless and negligent in that they, by their agents, servants and employees knew, or should have known in the exercising of ordinary care, that the defective condition on the floor existed for a sufficient amount of time, and took no action, which would be unreasonable under the circumstances then and there existing, and Defendant should have removed, barricaded condition, and/or warned Plaintiff regarding condition, and was therefore in the following respects negligent:

(a) Defendant carelessly and negligently allowed the aforementioned dangerous condition on the floor to exist on the property;

(b) Defendant carelessly and negligently failed to warn persons in the general area regarding said defective condition, on the floor;

9. As indicated, Loretta DeLeon-Mares suffered, injuries and damages as a result of said negligence as described below. She suffered a broken ankle and further injuries including

but not limited to spasms, strains, contusions, compressions of his nerves, back, neck, knee, legs, arms and head, and other related injuries.

10. Her injuries included medical treatment and will do so in the future. She has lost wages and will continue to do so in the future. In addition, she has been caused pain and suffering and continues to and will in the future have said pain and suffering. Further, she has disability and disfigurement as a result of this accident, as various parts of her body have in fact been injured. Further, her said injuries are painful and permanent.

11. As husband of Plaintiff Loretta DeLeon-Mares as a result of the negligence of Defendants and the injuries caused to her, he has suffered a loss of consortium and related matters.

WHEREFORE, Plaintiff Marc Mares prays for a judgment against Defendant Southern Illinois Riverboat/Casino Cruises, LLC in an amount over $75,000, together with his costs here in expended.

### COUNT IV---Negligence Against Harrah's Metropolis, LLC for loss of consortium for Marc Mares

COMES NOW, Plaintiff Marc Mares, (hereinafter referred to as "Mares" or "Plaintiff"), by and through his attorney of record Michael A. Lawder and for Count IV of his Complaint for Damages for personal injury and loss of consortium against Harrah's Metropolis, LLC (hereinafter referred to as "Harrah's" or "Defendant(s)") states the following:

1. Plaintiffs Loretta DeLeon-Mares, and Marc Mares are husband and wife and are citizens of the State of Missouri residing at all relevant times in St. Charles County, MO.

2. Southern is an Illinois Limited Liability Company doing business as Harrah's Metropolis Casino in the City of Metropolis, Massac County, Illinois and its principal place of business is also located in the State of Illinois. Southern operated the casino located in Metropolis, Illinois that is involved in this lawsuit.

3. Harrahs is an Illinois Limited Liability Company doing business in the City of Metropolis, Massac County, Illinois and its principal place of business is located in the State of Illinois. Harrah's owned the building that contained the Harrah's Metropolis Casino referred to herein.

4. Jurisdiction in this case before this court is proper as the Plaintiffs and the Defendants are citizens of different states pursuant to *28 U.S.C.A. Sec. 1332(a)(2)* and the amount in Controversy is over $75,000 as prayed for below.

5. On May 16, 2021, Plaintiffs Loretta DeLeon-Mares and Marc Mares entered Harrah's Metropolis Casino to recreationally gamble and were thus legal invitees. Plaintiffs further were walking in an area of the casino where individuals are invited and had a legal right to be in said place.

6. At said place, as owner and operators of the Casino property, Defendants owed a duty of due and reasonable care to the Plaintiffs, and other persons in their stead.

7. A defective condition on the floor that existed in said property, which caused Loretta DeLeon-Mares to fall and injure herself on said date.

8. Defendants were careless and negligent in that they, by their agents, servants and employees knew, or should have known in the exercising of ordinary care, that the defective condition on the floor existed for a sufficient amount of time, and took no action, which would be unreasonable under the circumstances then and there existing, and Defendant should have removed, barricaded condition, and/or warned Plaintiff regarding condition, and was therefore in the following respects negligent:

(a) Defendant carelessly and negligently allowed the aforementioned dangerous condition on the floor to exist on the property;

(b) Defendant carelessly and negligently failed to warn persons in the general area regarding said defective condition, on the floor;

9.  As indicated, Loretta DeLeon-Mares suffered injuries and damages as a result of said negligence as described below. She suffered a broken ankle and further injuries including but not limited to spasms, strains, contusions, compressions of his nerves, back, neck, knee, legs, arms and head, and other related injuries.

10. Her injuries included medical treatment and will do so in the future. She has lost wages and will continue to do so in the future. In addition, she has been caused pain and suffering and continues to and will in the future have said pain and suffering. Further, she has disability and disfigurement as a result of this accident, as various parts of her body have in fact been injured. Further, her said injuries are painful and permanent.

11. As husband of Plaintiff Loretta DeLeon-Mares as a result of the negligence of Defendants and the injuries described above which were caused to her, he has suffered a loss of consortium and related matters.

WHEREFORE, Plaintiff Marc Mares prays for a judgment against Harrah's Metropolis, LLC in an amount over $75,000, together with his costs herein expended.

MICHAEL LAWDER LAW FIRM

/s/ Michael Lawder
Michael A. Lawder, #6189990
1010 Market Street Suite #1540
Phone (314) 721-2777
Fax (314) 721-3515
mlawder@anderson-gilbert.com
*Attorney for Plaintiffs*